UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

v.                                        Case No.

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

 In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____
[Party or Parties][1]

_____

_____, in the above-captioned case(s).
 [Appellant/Petitioner or Appellee/Respondent]

_____   _____
Name of Counsel                  Name of Counsel

_____   _____
Signature of Counsel             Signature of Counsel

_____   _____
Mailing Address and Telephone Number   Mailing Address and Telephone Number

_____   _____
E-Mail Address                   E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

_____
Date

_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

 ☐ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

 On _____ I sent a copy of this Entry of Appearance
    [date]

Form to:

_____

at_____,

the last known address/email address, by _____.
               [state method of service]

_____
Date

_____
Signature

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

<u>Attorneys for Plaintiffs/Appellants:</u>

Daniel J. Hessel

Theresa J. Lee

Timothy R. Macdonald

Emma K. Mclean-Riggs

Nicholas O. Stephanopoulos

<u>Attorneys for Defendants/Appellees:</u>

William Erik Lamphere

Tracy M. Lessig

Patrick T. Lewis

Erika D. Prouty

Richard B. Raile